AO 91 (Rev. 11/11) Criminal Complaint

FILED

# UNITED STATES DISTRICT COURT
### for the
### District of Montana ▾

JUN 20 2024

Clerk, US District Court
District of Montana - Billings

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Jessie Craig Iverson | ) Case No. MJ-24-86-BLG-TJC |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of November 30, 2023 to June 12, 2024 in the county of Yellowstone/Silverbow in the
State District of Montana , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. Section 841(a)(1) | Possession with Intent to Distribute a Controlled Substance |

This criminal complaint is based on these facts:
See Attached Affidavit, incoparated herein by reference

☑ Continued on the attached sheet.

*Complainant's signature*

SEA Special Agent Brian Heisterman
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 6-20-24

*Judge's signature*

Hon. Timothy J. Cavan
*Printed name and title*

City and state: