## AFFIDAVIT OF SPECIAL AGENT

I, Brian M Heisterman, being duly sworn, depose and state:

1.      I am a Special Agent of the United States Drug Enforcement

Administration (DEA) and an "investigative or law enforcement officer" within the

meaning of Section 2510(7) of Title 18, United States Code, that is, an officer of

the United States who is empowered by law to conduct investigations of, and to

make arrests for, offenses enumerated in Section 2516 of Title 18.

2.      I have been a Special Agent since 2021.  Since that time, and as part

of my official duties, I have participated in the investigation of narcotics

trafficking, money laundering, complex conspiracies, and among other things, have

conducted or participated in surveillance, the execution of search warrants,

debriefings of informants and reviews of taped conversations.  Through my

training, education, and experience, I have become familiar with the manner in

which narcotics traffickers and money launderers conduct their operations,

including but not limited to, their methods of importing and distributing controlled

substances, use of telecommunication devices to include cellular telephones and

digital display paging devices, use of counter surveillance techniques, and use of

numerical codes and coded and/or cryptic language, words, and references to

conduct their transactions.

3.     I have completed numerous courses of formal instruction given by the DEA and other agencies related to narcotics and financial investigations, including courses on narcotics trafficking, money laundering, and complex conspiracies. I have participated in and led investigations resulting in the arrest of numerous drug trafficking suspects, and in the seizure of substantial quantities of illegal narcotics and proceeds of narcotics sales.

4.     I have participated in investigations involving the interception of wire communications and the use of video surveillance. I am familiar with the manner in which narcotics traffickers and money launderers conduct their operations, including but not limited to, their methods of importing and distributing controlled substances, use of telecommunication devices to include cellular telephones, use of counter surveillance techniques, and use of numerical codes and coded and/or cryptic language, words, and references to conduct their transactions.

5.     As part of my duties as a DEA Special Agent, I have participated in long-term historical conspiracy investigations, as well as Organized Crime and Drug Enforcement Task Force (OCDETF) investigations targeting international drug traffickers. I have testified in federal judicial proceedings. I have been involved in the debriefing of defendants, witnesses and informants, and others who know about the distribution and transportation of controlled substances, money laundering, and the concealment of proceeds derived from drug trafficking.

Further, I have conducted or participated in physical surveillance, electronic surveillance, undercover transactions, and the execution of arrest and search warrants in narcotics investigations.

6.     The facts in this affidavit come from my personal observations, my training, experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and does not set forth all of my knowledge about this matter.

7.     This affidavit is submitted in support of a criminal complaint charging Jessie Craig IVERSON with the offense of Possession of a Controlled Substance with Intent to Distribute, in violation of 21 U.S.C. § 841(a)(1).

## FACTS AND CIRCUMSTANCES

8.     In November of 2023, DEA SA Brian Heisterman gained information from a Drug Enforcement Administration/ Eastern Montana High Intensity Drug Trafficking Area Task Force (EMHIDTA) Confidential Source, herein referred to as CS, that Jessie IVERSON sells a 1/4 pound of methamphetamine a day in the Billings, Montana, area. The CS stated that IVERSON was selling a "zip"(1 ounce) of methamphetamine for $500.00 United States Currency (USC).

9.     On November 30, 2023, the Eastern Montana High Intensity Drug Trafficking Area Task Force (EMHIDTA) conducted a controlled purchase

utilizing the CS. The CS purchased 2 ounces of methamphetamine from IVERSON

for $900.00 USC. At approximately 4:38 p.m., the CS made contact with

IVERSON. IVERSON drove into the pre-determined buy location in a red colored

two door Toyota Corolla. Members of EMHIDTA observed IVERSON get into the

CS's vehicle where the CS purchased two ounces of methamphetamine from

IVERSON. At approximately 4:53 p.m., SA Heisterman and TFO Wyse took

custody of a ziplock baggie containing a white crystalline substance weighing

approximately 58.4 grams. TFO Wyse and SA Heisterman then transported the

suspected methamphetamine to the EMHIDTA Office where it was tested and

processed as evidence. SA Heisterman sent the methamphetamine to the DEA

western regional laboratory where it tested positive for methamphetamine

hydrochloride.

10.    On December 7, 2023, SA Heisterman and TFO Wyse gained information

from a CS that IVERSON was planning to drive to Washington state to obtain

pounds of methamphetamine. Information was provided that IVERSON obtained a

separate vehicle for his planned trip. Prior to the CS information, EMHIDTA

agents conducted surveillance and observed IVERSON driving a red Toyota Solara

bearing Montana license plate 3-09621C.

11.    On the same date, the CS advised that IVERSON was at a casino in the

Heights while getting a windshield fixed on a truck. On the same date, members of

EMHIDTA attempted to locate IVERSON and an associated vehicle. Shortly after, P&P Officer Skillen observed a black GMC Sierra parked at Fas Break Glass repair shop located at 345 Main Street. Agents were able to obtain license plate CJK764 from the GMC Sierra. TFO Wyse ran the license plate in a law enforcement database that came back registered to Brent Blair with a listed address of 137 Nightingale, Lockwood, Montana. TFO Wyse has observed IVERSON's Toyota Solara at this residence. IVERSON also has prior history involving this residence. On the same date, SA Heisterman and TFO Wyse traveled to Fas Break Glass Repair to speak with employees. Employees were able to show SA Heisterman and TFO Wyse IVERSON's reservation to get a windshield repaired on a black 2013 GMC Sierra bearing Montana License plate CJK764. Employees also showed SA Heisterman and Wyse video surveillance that showed IVERSON at the establishment with a large sum of cash used to pay for the new windshield.

12.    On the same date, TFO Wyse applied and was granted a Montana state warrant to affix a GPS tracking device to the above GMC Sierra. The tracking device was affixed the same day. SA Heisterman also applied and was granted a Montana State search warrant for the installation of a Pen Register Trap and Trace (PRTT) for IVERSON's cellular device (406) 672-3478, which was provided by the CS.

13.   On December 8, 2023, TFO Wyse and SA Heisterman observed IVERSON traveling westbound on Interstate 90 through electronic surveillance. Through this surveillance, TFO Wyse and SA Heisterman became aware that IVERSON was in the state of Washington.

14.   On December 12, 2023, agents observed through electronic surveillance that IVERSON was in western Montana and traveling eastbound on interstate 90. After gaining this information, TFO Wyse applied and was granted a Montana State search warrant for the 2013 black GMC Sierra bearing MT license plate CJK764 and VIN:3GTP2XE2XDG227547. TFO Wyse advised Montana Highway Patrol (MHP) Trooper Milligan of the ongoing drug investigation and asked for assistance with interdicting the truck.

15.   On December 12, 2023, MHP Trooper Milligan located and conducted a traffic stop on the vehicle. TFO Wyse was advised that IVERSON (Driver) was in possession of a firearm, approximately 91 grams of suspected methamphetamine, and USC on his person. TFO Wyse was also informed that Payton SALEVA (Passenger) claimed to be in possession of fentanyl powder and methamphetamine that was located in her purse. SALEVA stated to MHP that there was a 1/2 lb. of methamphetamine and fentanyl pills in the truck. The vehicle was then towed and secured at the MHP impound facility in Butte, Montana.

16.    On December 13, 2023, members of the EMHIDTA searched the truck. While searching the GMC Sierra, members of EMHIDTA located and seized approximately 6.35 grams of suspected methamphetamine, approximately 8.65 grams of suspected fentanyl powder, approximately 152.8 grams of suspected fentanyl pills, 5 unknown pills, and drug paraphernalia. The evidence seized from the truck were sent to the DEA western regional laboratory for analysis which resulted in positive results for N-Phenyl-N-(1-(2-phenylethyl)-4(piperidinyl]propenamide (fentanyl), methamphetamine hydrochloride, and hydrocodone/ acetaminophen/oxycodone (5 unknown pills).

17.    The registered owner, Brent Blair, was made aware that his GMC Sierra was impounded and being held in Butte, Montana. Per TFO Wyse, Blair did not know IVERSON. Blair stated that he only gave permission to his daughter, later identified as Selena Blair at 137 Nightingale Drive, to use the truck.

18.    On January 23, 2024, The Billings Police Street Crimes Unit (SCU) conducted surveillance after gaining information that IVERSON was in possession of approximately 1/2 Lb. of methamphetamine and an unknown amount of fentanyl pills at the Rodeway Inn in Billings, Montana. On the same date, members of SCU observed IVERSON get into Lindsay SHEEHAN's white Nissan Rogue at the Rodeway Inn located at 1315 N 27th street and depart the area. SCU members followed the Nissan and conducted a traffic stop after observing SHEEHAN fail to

stop at a stop sign. The vehicle was then seized after a positive K-9 alert on the vehicle and a state search warrant was applied for and granted.

19.     SHEEHAN was transported to the Detective Division where Detective Hallam advised her of her *Miranda* Rights. SHEEHAN agreed to talk with Detective Hallam and stated the following.  SHEEHAN made numerous drug runs to Butte, Montana, with individuals to include IVERSON. SHEEHAN stated to Detective Hallam that she would be paid in drugs and cash for her involvement. SHEEHAN stated there would be methamphetamine in her vehicle that was in a backpack belonging to IVERSON.

20.     While executing the search of SHEEHAN's vehicle, members of SCU seized approximately 155 grams of suspected methamphetamine from a black backpack located on the rear passenger seat. Members of SCU also located and seized drug paraphernalia to include small plastic baggies, a digital scale, Smith & Wesson SD40 Serial Number: FZS2311 pistol with magazine, and a pistol holster that are being held as evidence at the Billings Police Evidence Facility. SA Heisterman sent the suspected methamphetamine from the backpack to the western regional laboratory which resulted in a positive test of methamphetamine hydrochloride.

21.    On May 29, 2024, SCU arrested IVERSON on an outstanding state warrant

in Billings, Montana. During the consent search of IVERSON's vehicle, a digital

scale, approximately 47.4 grams of suspected methamphetamine were seized.

22.    On June 12, 2024, a source of information (SOI) advised SCU that

IVERSON has acquired another firearm and threatened to "shoot it out" with

police if stopped or confronted. During the course of this investigation, firearms

have been seized from IVERSON.

## CONCLUSION

Based on the foregoing, there is probable cause to believe that November 30,

2023 until May of 2024, Jessie Craig IVERSON committed the offense of

Possession of a Controlled Substance with Intent to Distribute, in violation of 21

U.S.C. § 841(a)(1).  Accordingly, I respectfully request that the Court issue a

complaint charging Jessie Craig IVERSON with this offense.

//

//

//

//

//

//

//

RESPECTFULLY SUBMITTED this ___ day of June 2024.


Brian M Heisterman,
Special Agent
Drug Enforcement Administration


SUBSCRIBED and SWORN to before me this _20_ day of June 2024.


HON. Timothy J. CAVAN
United States Magistrate Judge
District of Montana

10